FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 26th District Court of Williamson County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on September 28, 2015, the cause upon appeal to revise or reverse your judgment between

**MC Phase II Owner, LLC and TI Shopping Center, LLC, a Delaware Limited Liability Company v. TI Shopping Center, LLC, a Texas Limited Liability Company**

**Case Number:  07-15-00138-CV Trial Court Number:  14-0824-C26**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated September 28, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that appellee pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on December 16, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

